```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 03940
    LAWANDA E WISE
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6403


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/06/2007 and was confirmed 05/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.15%.

     The case was dismissed after confirmation 01/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG     8980.84            .00       8980.84
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    12538.00            .00           .00
PIERCE & ASSOC             NOTICE ONLY      NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED        NOT FILED           .00           .00
EMPIRE CARPET              UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         5637.94            .00           .00
ECAST SETTLEMENT CORP      NOTICE ONLY      NOT FILED           .00           .00
JOHN M SMITH HOMEMAKERS    UNSECURED        NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC   NOTICE ONLY      NOT FILED           .00           .00
GE MONEY BANK              UNSECURED          293.57            .00           .00
SEARS ROEBUCK              UNSECURED        NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSECURED         1744.43            .00           .00
ROUNDUP FUNDING LLC        UNSECURED          911.81            .00           .00
GE MONEY BANK              UNSECURED         1624.26            .00           .00
ECAST SETTLEMENT CORP      UNSECURED          669.43            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         2229.85            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED          525.95            .00           .00
TIMOTHY K LIOU             DEBTOR ATTY       1,433.20                         .00
TOM VAUGHN                 TRUSTEE                                         624.16
DEBTOR REFUND              REFUND                                             .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                9,605.00

PRIORITY                                         .00
SECURED                                     8,980.84
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                           624.16

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03940 LAWANDA E WISE
```

```
DEBTOR REFUND                                                          .00
                                        ----------------   ----------------
TOTALS                                         9,605.00           9,605.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 04/23/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE